

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILLIP IGBINADOLOR,

               Plaintiff,

-against-

SONY CORPORATION, et al.,

               Defendants.
------------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case Nos. 04-CV-3556 (FB) (LB)
04-CV-3557 (FB) (LB)
04-CV-3559 (FB) (LB)
04-CV-3561 (FB) (LB)
04-CV-3562 (FB) (LB)
(consolidated)

*Appearances:*
*For the Plaintiff:*
MENEZ JEAN-JEROME, ESQ.
146-11 89th Avenue
Jamaica, NY 11435

*For Defendants Sony Electronics, Inc., Sony Corporation of America, and TiVo, Inc:*
ROBERT J. GUNTHER, JR., ESQ.
JENNIFER L. HERRING, ESQ.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022

*For Defendant Clarion Corporation of America:*
JOSEPH J. RICHETTI, ESQ.
CHARLES T.J. WEIGELL, ESQ.
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

BRUCE LESLIE ISHIMATSU, ESQ.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

*For Defendant JVC Americas Corp.:*
MORTON AMSTER, ESQ.
MICHAEL BERGER, ESQ.
MICHAEL J. KASDAN, ESQ.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016

**BLOCK, Senior District Judge:**

On February 10, 2006 the U.S. Court of Appeals for the Federal Circuit issued its mandate dismissing plaintiff's appeal from this Court's Memorandum and Order granting summary judgment on his infringement claims on the ground that defendants' cancellation counterclaims remain pending. Since that date, defendants have taken no action in prosecution of those counterclaims. Accordingly it is

HEREBY ORDERED that defendants shall file letters by September 5, 2006, notifying the Court as to whether they intend to pursue their counterclaims. Absent a showing of good cause why the counterclaims should proceed, the Court will deem them abandoned and enter final judgment in these actions.

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 3, 2006